United States Bankruptcy Court
Western District of Wisconsin

IN RE:  
Kitzerow, Cindy L.  
Debtor(s)

Case No. 3:15-bk-13449  
Chapter 13

## CHAPTER 13 PLAN

DEBTOR TO PAY $104 BIWEEKLY BY WAGE ASSIGNMENT FOR FIVE YEARS FOR THE BENEFIT OF HER CREDITORS.

ATTORNEY'S FEES OF $2,200 TO BE PAID THROUGH THE PLAN.

DEBTOR TO SURRENDER 2011 KIA SEDONA TO MEMBERS COOPERATIVE. MEMBERS COOPERATIVE TO DISPOSE OF VEHICLE IN MARKET-LIKE FASHION AND FILE AN UNSECURED CLAIM FOR WHATEVER DEFICIENCY BALANCE ENSUES.

SUMMIT CREDIT UNION SECURED WITH A LIEN ON DEBTOR'S 2007 JEEP GRAND CHEROKEE, WHICH LIEN IS UNAFFECTED BY PLAN. SUMMIT CREDIT UNION SECURED FOR $7,950 (MARKET VALUE OF 2007 JEEP GRAND CHEROKEE), AND TO BE PAID SECURED PORTION OF DEBT WITH 5% SIMPLE ANNUAL INTEREST, AND TO RECEIVE ADEQUATE PROTECTION PAYMENTS OF $125 MONTHLY UNTIL ALL ADMINISTRATIVE EXPENSES ARE PAID IN FULL.

BALANCE OF FUNDS TO GO TO UNSECURED CREDITORS ON PRO RATA BASIS.

_/s/ Cindy Kitzerow_  
Cindy L. Kitzerow, November 3, 2015

_/s/ M. Rynes_  
Michael J. Rynes, November 3, 2015  
Attorney for Debtor